**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-2243**

─────────────

ZENAIDA YAMILETH GARCIA-RODRIGUEZ; A.G.P.G.,

Petitioners,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

─────────────

On Petition for Review of an Order of the Board of Immigration Appeals.

─────────────

Submitted: October 31, 2023                    Decided: November 2, 2023

─────────────

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

**ON BRIEF:** Robert J. Harris, Woodbridge, Virginia, for Petitioners. Brian M. Boynton, Principal Deputy Assistant Attorney General, Brianne Whelan Cohen, Senior Litigation Counsel, Stefanie A. Svoren-Jay, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zenaida Yamileth Garcia-Rodriguez and her minor daughter, A.G.P.G.,* natives and citizens of El Salvador, petition for review of an order of the Board of Immigration Appeals dismissing Garcia-Rodriguez's appeal from the immigration judge's decision denying her applications for asylum, withholding of removal, and protection under the Convention Against Torture. We have reviewed the record and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *See In re Garcia-Rodriguez* (B.I.A. Nov. 4, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

\* A.G.P.G. was a derivative asylum applicant. *See* 8 U.S.C. § 1158(b)(3).